# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANK VASQUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>A. HEDGPETH,<br><br>    Respondent. | No. CV 07-3542-ODW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 28, 2010

                                        OTIS D. WRIGHT II
                            UNITED STATES DISTRICT JUDGE